[No. 26472-6-III. Division Three. October 9, 2008.]

DOUG BUCHANAN ET AL., *Appellants*, v. JOAN DANISON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 05-2-00406-3, Lesley A. Allan, J. Pro Tem., entered September 17, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 59519-9-I. Division One. October 13, 2008.]

THE ESTATE OF DON CORBITT, *Respondent*, v. EXPERIMENTAL AIRCRAFT ASSOCIATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05008-1, David A. Kurtz, J., entered February 6, 2007. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Agid, J.

[No. 60047-8-I. Division One. October 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERI L. FRISCH, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-1-00401-8, Susan K. Cook, J., entered April 12, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 60143-1-I; 60171-7-I. Division One. October 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DEWAYNE JONES ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-13668-1, Richard D. Eadie, J., entered June 8, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Appelwick and Leach, JJ.